**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Numbe   2020-KA-1072

State Of Louisiana

- - Versus - -

Joseph Andrew St. Romain, Jr.

21st Judicial District Court
Case #: 34954
Livingston Parish

On Application for Rehearing filed on   11/04/2021 by Joseph Andrew St. Romain, Jr.

Rehearing _____

_____
Page McClendon

_____
Jewel E. "Duke" Welch Jr.

_____
Mitchell R. Theriot

Date   **DEC 0 6 2021**

_____
Rodd Naquin, Clerk